NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ANDRX PHARMACEUTICALS, INC.,
*Petitioner.*

---

Miscellaneous Docket No. 943

---

On Petition for Writ of Mandamus to the United States District Court for the Southern District of New York in case no. 99-CV-9887, Judge Barbara S. Jones.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

## ORDER

Andrx Pharmaceuticals, Inc. (Andrx) submits a petition for a writ of mandamus to direct the United States District Court for the Southern District of New York to vacate its orders granting, inter alia, Astra Aktiebolag et al. (Astra)'s motion for leave to supplement its complaint to include claims for monetary damages.

Upon consideration thereof,

IT IS ORDERED THAT:

2

Astra is directed to respond no later than June 15, 2010.

FOR THE COURT

MAY 28 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Claude M. Millman, Esq.
     Errol B. Taylor, Esq.
     Clerk, United States District Court for the Southern District Of New York

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 28 2010

JAN HORBALY
CLERK